UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THEODORE KING and GARY LA BARBERA,
Et al.,

      Index # CV-04-4565 (ARR)

          Plaintiffs,

  -against-                           **JUDGMENT**

TUCCI EQUIPMENT RENTAL CORP.,

          Defendant.
-----------------------------------------------------------X

**COURTESY COPY**

    This action having been commenced on October 22, 2004, by the filing of a Complaint, and a Summons and Complaint having been served on Defendant TUCCI EQUIPMENT RENTAL CORP., by service upon the Secretary of State on October 25, 2004, and Defendant having appeared by Flora Edwards, Esq., by executing the Stipulation of Settlement, and such Stipulation having been "So Ordered" by the Honorable Allyne R. Ross and entered on June 8, 2005 and said Stipulation having required Defendant, *inter alia*, to 1) keep current in submitting their reports and payments to the Plaintiffs, and 2) pay the sum of $40,000.00 in four (4) monthly payments in the amount of $10,000.00, commencing July 1, 2005, and Defendant having defaulted on the second monthly payment due August 1, 2005, and Defendant being entitled to a five (5) day cure period, and said notice having been given on August 2, 2005 and five (5) days having elapsed and Defendant not having cured the default, and the time to do so having elapsed, and Defendant not being an infant, incompetent or in the military of the United States,

    NOW, upon application of Avram H. Schreiber, Esq., attorney for Plaintiffs, it is

    ORDERED, ADJUDGED AND DECREED that Plaintiffs THEODORE KING and GARY LA BARBERA, as Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation/Sick Leave Trust Funds, have judgment against Defendant TUCCI EQUIPMENT RENTAL CORP., in the amount of $35,309.42, plus

costs and disbursements in the sum of $225.00, totaling $35,534.42, and that Plaintiffs have execution therefore. Plaintiffs have the right to seek further judgment for current contributions due and owing as allowed by the Stipulation of Settlement.

Dated: Brooklyn, New York
      Aug 15, 2005

SO ORDERED AND ADJUDGED

_____
ALLYNE R. ROSS - U.S.D.J.